STATE OF NEW JERSEY v. JOHN J. KAROLIS.

February 8, 1982.

Petition for certification denied.

CACIOPPO PONTIAC, INC. v. CARTERET ESTATES, LTD.

February 8, 1982.

Petition for certification denied.

EXXON COMPANY, U. S. A. v. THE BOARD OF ADJUSTMENT
OF THE TOWNSHIP OF TEANECK, BERGEN
COUNTY, NEW JERSEY.

February 9, 1982.

The Court having determined that certification was improvidently granted; it is ORDERED that the within appeal be and hereby is dismissed. (See 87 *N.J.* 330)

RENEE CARTY v. VINCENT J. TARVES.

February 17, 1982.

Petition for certification denied.